UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Jill Shindler,<br><br>Plaintiff,<br><br>vs.<br><br>CityBusiness Twin Cities, Inc., a Minnesota corporation, and American City Business Journals, Inc., a Delaware corporation,<br><br>Defendants. | Civil No. 01-CV-1668 DSD/JMM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

IT IS HEREBY STIPULATED AND AGREED by and the parties through their respective undersigned attorneys, that defendants may answer or otherwise respond in this case up to and including October 23, 2001.

Dated: Sept. 27, 2001

WILLIAM J. EGAN, PLC

William J. Egan, #166029
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

Attorney for plaintiff
Jill Shindler

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: September 27, 2001

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Karla C. Robertson, #306794

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for defendants
CityBusiness/Twin Cities, Inc. and American
City Business Journals, Inc.

M1:798025.01

**ORDER**

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated October 1, 2001

BY THE COURT

John M. Mason
United States Magistrate Judge

M1:798025.01