2002
U.S. DIST. COURT
MINNEAPOLIS MN

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Jill Shindler,<br><br>Plaintiff,<br><br>vs.<br><br>CityBusiness Twin Cities, Inc., a Minnesota corporation, and American City Business Journals, Inc., a Delaware corporation,<br><br>Defendants. | Civil No. 01-CV-1668 DSD/JMM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME OF DISPOSITIVE MOTION AND TRIAL READY DEADLINES** |

The plaintiff, by her attorney, William J. Egan, William J. Egan, PLC, and the defendants, by their attorneys, Mary E. Stumo and Karla C. Robertson, Faegre & Benson LLP, hereby stipulate and agree to amend the Court's Pretrial Scheduling Order, dated November 2, 2001, as follows:

## STIPULATION

**WHEREAS,** the parties have agreed to engage in settlement negotiations following the close of discovery on July 1, 2002; and

**WHEREAS,** the chances of reaching a mutually agreeable resolution of this matter at that time will be increased significantly if the parties do not have to incur the fees and costs associated with preparing and/or responding to a summary judgment motion; and

**WHEREAS,** the extensions sought herein of the dispositive motion and trial-ready deadlines will further this purpose;

FILED 6-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**NOW THEREFORE,** the parties hereby agree and stipulate as follows:

1. The Court's dispositive motion deadline shall be extended from September 1, 2002, to **October 18, 2002**; and

2. The case will be ready for trial by December 1, 2002 or six weeks following the resolution of any dispositive motions, whichever date is later.

Dated: June 13, 2002

WILLIAM J. EGAN, PLC

William J. Egan, #166029

150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

Attorney for plaintiff
Jill Shindler

Dated: June 13, 2002

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Karla C. Robertson, #306794

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for defendants
CityBusiness/Twin Cities, Inc. and American City Business Journals, Inc.

M1:886483.01

**ORDER**

Upon the foregoing Stipulation and the parties' Joint Motion to Extend the Dispositive Motion and Trial Ready Deadlines filed herewith,

IT IS SO ORDERED.

Dated June 17, 2002

BY THE COURT

David S. Doty
Senior United States District Court Judge

M1:886483.01