**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jill Shindler,<br><br>Plaintiff,<br><br>vs.<br><br>CityBusiness Twin Cities, Inc., a Minnesota corporation, and American City Business Journals, Inc., a Delaware corporation,<br><br>Defendants. | Civil No. 01-CV-1668 DSD/SRN<br><br>**STIPULATION OF DISMISSMAL WITH PREJUDICE AND ORDER FOR DISMISSAL** |

**STIPULATION**

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: July 29, 2002

WILLIAM J. EGAN, PLC

William J. Egan, #166029

150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

Attorneys for Plaintiff
Jill Shindler

FILED 8-19-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 15, 2002

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Karla C. Robertson, #306794

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendants
CityBusiness/Twin Cities, Inc. and American
City Business Journals, Inc.

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: 8/19/02

The Honorable David S. Doty
United States District Court Judge